UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                          Case No. 18-cv-1334-pp

ONE COBRA ENTERPRISES
INC./KODIAK IND. FS380 PISTOL
BEARING SERIAL NUMBER
FS115811, and

ONE GLOCK GMBH PISTOL BEARING
SERIAL NUMBER BBFV450,

    Defendants.

**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT OF FORFEITURE AS TO *IN REM* DEFENDANTS (DKT. NO. 12)**

On October 31, 2018, the United States filed an application for entry of default, dkt. no. 11, and a motion for default judgment, dkt. no. 12, relating to two pistols subject to forfeiture. The clerk of court entered default the same day, and the case was reassigned to this court on November 1, 2018.

The court has reviewed the government's filings and **FINDS** that no timely verified claim has been filed as to the defendant properties (one Cobra Enterprises Inc./Kodiak Ind. FS380 pistol bearing serial number FS115811 and one Glock GmbH pistol bearing serial number BBFV450).

The court **ORDERS** that the defendant properties are forfeited to the United States of America, and that no right, title or interest in the defendant properties shall exist in any other party.

1

The court further **ORDERS** that the Bureau of Alcohol, Tobacco, Firearms, and Explosives or its duly authorized agent shall seize the forfeited properties without delay and shall dispose of them according to law.

Dated in Milwaukee, Wisconsin, this 3rd day of December, 2018.

**BY THE COURT:**

**HONORABLE PAMELA PEPPER**
**United States District Judge**